MARTIN J. KRAVITZ, ESQ.
Nevada Bar No. 83
L. RENEE GREEN, ESQ.
Nevada Bar. No. 12755
MICHAEL R. ESPOSITO, ESQ.
Nevada Bar. No. 13482
KRAVITZ SCHNITZER JOHNSON
WATSON & ZEPPENFELD, CHTD.
8985 So. Eastern Avenue, Suite 200
Las Vegas, Nevada  89123
Telephone:      (702) 362-6666
Facsimile:      (702) 362-2203
*Attorneys for Plaintiff,*
*State Farm Mutual Automobile*
*Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a corporation; <br><br> Plaintiff <br><br> v. <br><br> TUYET BUI, an individual; RICARDO STRAHLE, an individual; PERPETUAL CHIROPRACTIC PHYSICIANS OF NEVADA, P.C., a Nevada professional corporation; HENRY WANG, M.D., an individual; SMITH'S FOOD AND DRUG CENTERS, INC., a corporation; SIMONMED IMAGING, INC., a corporation.; DESERT ORTHOPAEDIC CENTER, LTD., a professional corporation; LAS VEGAS SURGERY CENTER, LLC, a limited liability company dba RED ROCK SURGERY CENTER; DAVID MALITZ, an individual; YEN CHIROPRACTIC, LLC, a limited liability company; DANIEL D. YEN, an individual; SONNY HO, D.C., an individual; HENRY WANG, MD, INC, a Nevada corporation; JOSEPH KAVANAGH, M.D., an individual; THOMAS DUNN, M.D., an individual; BRIAN LE, D.O.,  an individual; | Case No.:   2:20-CV-00084-JAD-EJY <br><br> **STIPULATION AND ORDER TO DISMISS DEFENDANT, JOSEPH DARRAGH. WITH PREJUDICE** <br><br> ECF No. 138 |

KRAVITZ SCHNITZER JOHNSON WATSON & ZEPPENFELD, CHTD.
Attorneys
8985 S. Eastern Ave., Suite 200
Las Vegas, Nevada 89123

KRAVITZ, SCHNITZER & JOHNSON, CHTD.
Attorneys
8985 S. Eastern Ave., Suite 200
Las Vegas, Nevada 89123

1
2
3
4
5
6
7
8
9
10

BRIAN LE D.O. P.C., a Nevada professional corporation, d/b/a LAS VEGAS SPINE AND PAIN CENTER; MICHAEL McKENNA, M.D., an individual; MICHAEL McKENNA, M.D. PROFESSIONAL CORPORATION, a Nevada professional corporation, d/b/a McKENNA, RUGGEROLI AND HELMI PAIN SPECIALISTS; DAVID McELVANY, D.C., an individual; JML SURGICAL CENTER, LLC, a Nevada limited liability company; JOSEPH DARRAGH, an individual; NGAN VAN LE, an individual; NICOLAS M. BUI, LTD., a domestic professional LLC; NICOLAS BUI, an individual; JML HOLDINGS, LLC, a Nevada limited liability company; AD VITAM AUT CULPAM TRUST; GIANG THANH THAI, an individual

Defendants.

11

12
13
14
15
16
17
18
19
20
21
22

IT IS HEREBY STIPULATED AND AGREED, by and between the parties that have appeared in this matter, which include Plaintiff, State Farm Mutual Automobile Insurance Company, by and through its attorneys of record, KRAVITZ, SCHNITZER & JOHNSON, CHTD., Defendants, Perpetual Chiropractic Physicians of Nevada, P.C. by and through its attorneys of record, RICHARD HARRIS LAW FIRM, Defendants, Ricardo Strahle, Nicolas Bui, and Nicolas M. Bui, Ltd., by and through their attorneys of record, NICOLAS M. BUI, LTD., and Brian Le, D.O. and Brian Le, D.O. P.C., by and through their attorneys of record, AKARI LAW FIRM, and JML SURGICAL CENTER, LLC, by and through its attorneys of record, GARG GOLDEN LAW FIRM, that the above-entitled matter be dismissed with prejudice as to Defendant, JOSEPH DARRAGH ONLY, with each party to bear their own attorney's fees,

23

DATED this 26th day of February, 2021.

24
25
26
27

*/s/ L. Renee Green*
MARTIN J. KRAVITZ, ESQ.
Nevada Bar No. 83
L. RENEE GREEN, ESQ.
Nevada Bar No. 12755
KRAVITZ SCHNITZER JOHNSON
WATSON & ZEPPENFELD, CHTD.
*Attorneys for Plaintiff*

28

KRAVITZ, SCHNITZER & JOHNSON, CHTD.
Attorneys
8985 S. Eastern Ave., Suite 200
Las Vegas, Nevada 89123

1    DATED this 26th day of February, 2021.

2                                                    RICHARD HARRIS LAW FIRM

3

4                                                    /s/ Kristina Weller
                                                     Kristina Weller, Esq.
5                                                    Nevada Bar No. 7975
                                                     801 South Fourth Street
6                                                    Las Vegas, NV 89101
                                                     *Attorneys for Defendant,*
7                                                    *Perpetual Chiropractic Physicians of*
                                                     *Nevada, P.C. and Sonny Ho, D.C.*
8

9    DATED this 26th day of February, 2021.

10                                                   NICHOLAS M. BUI, LTD.

11

12                                                   /s/ Nicholas M. Bui
                                                     Nicholas M. Bui, Esq.
13                                                   Nevada Bar No. 12709
                                                     812 South 6th Street
14                                                   Las Vegas, NV 89101
                                                     Attorneys for Defendants
15                                                   Ricardo Strahle, Nicolas Bui, and Nicolas
                                                     M. Bui, Ltd.
16

17   DATED this 26th day of February, 2021.

18                                                   AKARI LAW FIRM

19

20                                                   /s/ Sean J. Akari
                                                     Sean J. Akari, Esq.
21                                                   Nevada Bar No. 13300
                                                     8675 Royal Dutch Court
22                                                   Las Vegas, Nevada 89148
                                                     Telephone: (702) 355-8599
23                                                   Facsimile: (702) 757-2167
                                                     Email: Sean@akarilaw.com
24                                                   Attorney for Defendants Brian Le, D.O. and
                                                     Brian Le, D.O. P.C.
25

26

27   / / /

28   / / /

1

DATED this 26th day of February, 2021.

2

GARG GOLDEN LAW FIRM

3

4

/s/ Charles J. Lee
PUNEET K. GARG, ESQ.

5

Nevada Bar No. 9811
CHARLES J. LEE, ESQ.

6

Nevada Bar No. 13523
3145 Saint Rose Parkway, Suite #230

7

Henderson, Nevada 89052
Tel: (702) 850-0202

8

Fax: (702) 850-0204

9

Email: pgarg@garggolden.com
Email: clee@garggolden.com

10

Counsel for JML Surgical Center, LLC

11

12

**ORDER**

13

14

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above entitled

15

matter be dismissed with prejudice as to Defendant, JOSEPH DARRAGH ONLY, with each

party to bear its own attorney's fees, costs and interest.

16

DATED this 2nd day of March, 2021

17

18

_____
U.S. DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

<div style="writing-mode: vertical-rl;">

**KRAVITZ, SCHNITZER & JOHNSON, CHTD.**
Attorneys
8985 S. Eastern Ave., Suite 200
Las Vegas, Nevada 89123

</div>